# EXHIBIT 1

# United States of America
### United States Patent and Trademark Office

# CITY PASS

**Reg. No. 4,754,613**  
**Registered June 16, 2015**

**Int. Cls.: 35, 39 and 41**

**SERVICE MARK**

**PRINCIPAL REGISTER**



*Michelle K. Lee*  
Director of the United States  
Patent and Trademark Office

CITY PASS (WYOMING CORPORATION), DBA CITY PASS, INC.  
27 ARROW ROOT LANE  
VICTOR, ID 83455

FOR: PROMOTING TOURISM IN VARIOUS CITIES THROUGH PAY-ONE-PRICE PACKAGE OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION; ONLINE RETAIL STORE SERVICES FEATURING PAY-ONE-PRICE PACKAGES OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION; ADVERTISING AND MARKETING SERVICES FOR OTHERS IN THE FIELD OF TRAVEL AND TOURISM, NAMELY, PROVIDING ADVERTISEMENTS AND PROMOTIONAL INFORMATION BY MEANS OF A GLOBAL COMPUTER NETWORK; ADMINISTRATION OF A BUSINESS AFFILIATE PROGRAM IN THE FIELD OF TRAVEL AND TOURISM, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-10-1997; IN COMMERCE 6-10-1997.

FOR: PROVIDING INFORMATION IN THE FIELD OF TRAVEL OVER A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION IN THE FIELD OF TOURISM, NAMELY, EXCURSIONS, DAY TRIPS, AND SIGHTSEEING TRAVEL TOURS, OVER A GLOBAL COMPUTER NETWORK; TRAVEL AGENCY SERVICES, NAMELY, ARRANGING TICKET RESERVATIONS FOR SIGHTSEEING TRAVEL TOURS, IN CLASS 39 (U.S. CLS. 100 AND 105).

FIRST USE 6-10-1997; IN COMMERCE 6-10-1997.

FOR: ENTERTAINMENT SERVICES, NAMELY, ARRANGING TICKET RESERVATIONS FOR RECREATIONAL AND LEISURE EVENTS, NAMELY, ATTENDANCE AT THEME PARKS, AMUSEMENT PARKS, PLANETARIUMS, ZOOS AND AQUARIUM ATTRACTIONS; PROVIDING DISCOUNT TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING ENTERTAINMENT INFORMATION TO TOURISTS AND TRAVELERS ABOUT THEME PARKS, AMUSEMENT PARKS, PLANETARIUMS, ZOOS AND AQUARIUM ATTRACTIONS; PROVIDING EDUCATIONAL INFORMATION TO TOURISTS AND TRAVELERS ABOUT MUSEUMS, CULTURAL AND LANDMARK VENUES , IN CLASS 41 (U.S. CLS. 100, 101 AND 107).

FIRST USE 6-10-1997; IN COMMERCE 6-10-1997.