# EXHIBIT 2

# United States of America
## United States Patent and Trademark Office

# CityPASS

**Reg. No. 4,681,896**

**Registered Feb. 03, 2015**

**Amended Oct. 05, 2021**

**Int. Cl.: 9, 35, 39, 41**

**Service Mark**

**Trademark**

**Principal Register**

CITY PASS, INC. (WYOMING CORPORATION)
27 Arrow Root Lane
Victor, IDAHO 83455

CLASS 9: [ MAGNETICALLY ENCODED CARDS FOR ENTRY INTO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION ] * downloadable electronic cards in the nature of tickets for entry into multiple attractions within a given city or region *

FIRST USE 2-20-2011; IN COMMERCE 2-20-2011

CLASS 35: PROMOTING TOURISM IN VARIOUS CITIES THROUGH PAY-ONE-PRICE PACKAGE OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION; ONLINE RETAIL STORE SERVICES FEATURING PAY-ONE-PRICE PACKAGES OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION; ADVERTISING AND MARKETING SERVICES FOR OTHERS IN THE FIELD OF TRAVEL AND TOURISM, NAMELY, PROVIDING ADVERTISEMENTS AND PROMOTIONAL INFORMATION BY MEANS OF A GLOBAL COMPUTER NETWORK; ADMINISTRATION OF A BUSINESS AFFILIATE PROGRAM IN THE FIELD OF TRAVEL AND TOURISM

FIRST USE 2-20-2011; IN COMMERCE 2-20-2011

CLASS 39: PROVIDING INFORMATION IN THE FIELDS OF TRAVEL AND TOURISM OVER A GLOBAL COMPUTER NETWORK; TRAVEL AGENCY SERVICES, NAMELY, ARRANGING TICKET RESERVATIONS FOR SIGHTSEEING TOURS

FIRST USE 2-20-2011; IN COMMERCE 2-20-2011

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, ARRANGING TICKET RESERVATIONS FOR AND PROVIDING DISCOUNT TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING ENTERTAINMENT INFORMATION TO TOURISTS AND TRAVELERS ABOUT THEME PARKS, AMUSEMENT PARKS, PLANETARIUMS, ZOOS AND AQUARIUM ATTRACTIONS; PROVIDING EDUCATIONAL INFORMATION TO TOURISTS AND TRAVELERS ABOUT MUSEUMS, CULTURAL AND LANDMARK VENUES



Performing the Functions and Duties of the
Under Secretary of Commerce for Intellectual Property and
Director of the United States Patent and Trademark Office



FIRST USE 2-20-2011; IN COMMERCE 2-20-2011

The mark consists of "CITY PASS" in stylized format.

OWNER OF U.S. REG. NO. 4228801, 2255261

SER. NO. 86-324,893, FILED 06-30-2014