# EXHIBIT 3

# United States of America
## United States Patent and Trademark Office

### CITYPASS

**Reg. No. 2,255,261**
**Registered June 22, 1999**
**Corrected Oct. 14, 2014**
**Int. Cl.: 35**

**SERVICE MARK**
**PRINCIPAL REGISTER**

CITY PASS (WYOMING CORPORATION), DBA CITY PASS, INC.,
27 ARROW ROOT LANE
VICTOR, ID 83455

FOR: PROMOTING TOURISM IN VARIOUS CITIES THROUGH PAY-ONE-PRICE PACKAGE OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION, IN CLASS 35 (U.S. CLS. 100, 101 AND 102).

FIRST USE 6-10-1997; IN COMMERCE 6-10-1997.

SER. NO. 75-438,160, FILED 2-23-1998.



Deputy Director of the United States
Patent and Trademark Office