# EXHIBIT 4

# United States of America
## United States Patent and Trademark Office



**Reg. No. 4,754,612**
**Registered Jun. 16, 2015**
**Amended Oct. 11, 2016**
**Int. Cl.: 16, 35, 39, 41**
**Service Mark**
**Trademark**
**Principal Register**

City Pass (WYOMING CORPORATION), DBA City Pass, Inc.,
27 Arrow Root Lane
Victor, ID 83455

CLASS 16: NONENCODED VOUCHERS AND TICKET BOOKLETS FOR ENTRY INTO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION

FIRST USE 2-20-2012; IN COMMERCE 2-20-2012

CLASS 35: PROMOTING TOURISM IN VARIOUS CITIES THROUGH PAY-ONE-PRICE PACKAGE OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION; ONLINE RETAIL STORE SERVICES FEATURING PAY-ONE-PRICE PACKAGES OF ADMISSION TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION; ADVERTISING AND MARKETING SERVICES FOR OTHERS IN THE FIELD OF TRAVEL AND TOURISM, NAMELY, PROVIDING ADVERTISEMENTS AND PROMOTIONAL INFORMATION BY MEANS OF A GLOBAL COMPUTER NETWORK; ADMINISTRATION OF A BUSINESS AFFILIATE PROGRAM IN THE FIELD OF TRAVEL AND TOURISM

FIRST USE 2-20-2012; IN COMMERCE 2-20-2012

CLASS 39: PROVIDING INFORMATION IN THE FIELD OF TRAVEL OVER A GLOBAL COMPUTER NETWORK; PROVIDING INFORMATION IN THE FIELD OF TOURISM, NAMELY, EXCURSIONS, DAY TRIPS, AND SIGHTSEEING TRAVEL TOURS, OVER A GLOBAL COMPUTER NETWORK; TRAVEL AGENCY SERVICES, NAMELY, ARRANGING TICKET RESERVATIONS FOR SIGHTSEEING TRAVEL TOURS

FIRST USE 2-20-2012; IN COMMERCE 2-20-2012

CLASS 41: ENTERTAINMENT SERVICES, NAMELY, ARRANGING TICKET RESERVATIONS FOR RECREATIONAL AND LEISURE EVENTS, NAMELY, ATTENDANCE AT THEME PARKS, AMUSEMENT PARKS, PLANETARIUMS, ZOOS AND AQUARIUM ATTRACTIONS; PROVIDING DISCOUNT TICKETS TO MULTIPLE ATTRACTIONS WITHIN A GIVEN CITY OR REGION BY MEANS OF A GLOBAL COMPUTER NETWORK; PROVIDING ENTERTAINMENT INFORMATION TO TOURISTS AND TRAVELERS ABOUT THEME PARKS, AMUSEMENT PARKS, PLANETARIUMS, ZOOS AND AQUARIUM ATTRACTIONS; PROVIDING EDUCATIONAL INFORMATION TO TOURISTS AND TRAVELERS ABOUT MUSEUMS, CULTURAL AND LANDMARK VENUES

FIRST USE 2-20-2012; IN COMMERCE 2-20-2012



Director of the United States
Patent and Trademark Office